THE STATE OF OHIO, APPELLEE, *v.* TROUTMAN, APPELLANT.

[Cite as *State v. Troutman* (1995), 71 Ohio St.3d 618.]

(No. 94-2220—Submitted January 10, 1995—Decided March 22, 1995.)

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Jonathan E. Rosenbaum,* Chief Counsel, for appellee.

*Coy R. Troutman, pro se.*

---

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its decision denying the application to reopen the appeal.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., not participating.